Hand-Delivered

FILED
CHARLOTTE, NC

JUL 29 2026

US DISTRICT COURT
WESTERN DISTRICT OF NC

### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

**DAMARIS L. BOOKER, Plaintiff,**

v.

**CAROWINDS, INC., Defendant.**

Civil Action No. 3:26-cv-612-MOC

**COMPLAINT AND DEMAND FOR JURY TRIAL**

## I. Nature of the Action

Plaintiff brings this action under Title VII of the Civil Rights Act of 1964 alleging race, color, and sex discrimination, hostile work environment, disparate treatment, and wrongful termination.

## II. Jurisdiction and Venue

Jurisdiction is asserted under 28 U.S.C. §1331 and 42 U.S.C. §2000e-5(f)(3). Venue is proper because the events occurred in Charlotte, North Carolina.

## III. Parties

Plaintiff Damaris L. Booker is an African American male residing in Rock Hill, South Carolina. Defendant Carowinds, Inc. is an employer doing business in Charlotte, North Carolina.

## IV. Administrative Exhaustion

Plaintiff timely filed an EEOC Charge alleging race, color, and sex discrimination and later received a Notice of Right to Sue before filing this action.

## V. Statement of Facts

1. Plaintiff was hired on April 29, 2025, as a Groundskeeper.
2. Plaintiff earned $15.00 per hour and typically worked approximately 25 hours per week.
3. Plaintiff alleges coworker Tonda Vess repeatedly bullied, threatened, intimidated, cursed at, and degraded him.

4. Plaintiff alleges supervisor Mikia knew of the conduct.
5. On July 4, 2025, Plaintiff and Ms. Vess were involved in a workplace dispute.
6. Plaintiff alleges Ms. Vess threatened to slap him first.
7. Plaintiff responded that he would defend himself if struck.
8. Defendant reviewed surveillance footage and witness statements.
9. Plaintiff was notified by telephone on July 6, 2025, that his employment was terminated.
10. Plaintiff alleges Ms. Vess was not terminated.
11. Plaintiff contends he was treated differently because of his race, color, and sex.
12. Plaintiff alleges he suffered lost wages, emotional distress, embarrassment, insomnia, and financial hardship.

## VI. Count I – Race Discrimination

Plaintiff realleges the preceding paragraphs and alleges Defendant discriminated against him because of his race in violation of Title VII.

## VII. Count II – Color Discrimination

Plaintiff realleges the preceding paragraphs and alleges Defendant discriminated against him because of his color in violation of Title VII.

## VIII. Count III – Sex Discrimination

Plaintiff realleges the preceding paragraphs and alleges Defendant treated a female employee involved in the same incident more favorably.

## IX. Count IV – Hostile Work Environment

Plaintiff alleges he was subjected to repeated harassment and that Defendant failed to take prompt corrective action despite management's knowledge.

## X. Count V – Disparate Treatment / Wrongful Termination

Plaintiff alleges Defendant terminated his employment while retaining the other employee involved in the incident and that the differing treatment violated Title VII.

## XI. Prayer for Relief

Plaintiff respectfully requests:
• Judgment in his favor;
• Back pay;

- Front pay or reinstatement if appropriate;
- Compensatory damages;
- Punitive damages if permitted by law and supported by the evidence;
- Costs and any other relief the Court deems just.

## Jury Demand

Plaintiff demands a trial by jury on all issues so triable.

Respectfully submitted,

Damaris L. Booker
Plaintiff, Pro Se